

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRL USA HOLDINGS, INC., a Delaware
Corporation,

        Plaintiff,

   -against-

PRESTIGE AMERICA LLC, a New Jersey Limited
Liability Company, et al.,

        Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:20-cv-10201

AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                    S.S.:
COUNTY OF MORRIS    )

        **DAVID J. MURGITTROYD**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of April, 2022, at approximately the time of 5:20 pm, deponent served a true copy of the **SUMMONS AND FIRST AMENDED COMPLAINT** upon **ZESHAN SYED** at 54 Saw Mill Road, Kinnelon, NJ 07405, by personally delivering and leaving the same with **HASHIM SYED**, Father, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if **ZESHAN SYED** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **HASHIM SYED** is a tan Middle Eastern male, approximately 67 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 180 pounds with black hair.

_____
**DAVID J. MURGITTROYD**

Sworn to before me this
27 day of April, 2022

_____
NOTARY PUBLIC

MELISSA GIAMBATTISTA
Notary Public, State of New Jersey
Commission # 0002389514
My Commission Expires 09/17/2024

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com