**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation,<br><br>                                    Plaintiff,<br><br>   -vs-<br><br>PRESTIGE AMERICA LLC, a New Jersey Limited Liability Company; NIGHAT A. SYED, an individual; HASHIM R. SYED, an individual; ZESHAN SYED, an individual; ZARA LINEN, LLC, a New Jersey Limited Liability Company; and DOES 1-10, inclusive,<br><br>                                    Defendants. | Civil Action No. 1:20-cv-10201<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on December 3, 2020 with the filing of the Summons and Complaint.

    On April 20, 2022, Plaintiff filed the Summons and First Amended Complaint Complaint adding Defendants Zeshan Syed and Zara Linen, LLC to this action (ECF No. 18), a copy of the summons and complaint was served on Defendant Zeshan Syed on April 25, 2022 by personally delivering and leaving the same with Hashim Syed, Defendant Zeshan Syed's father, a person of suitable age and discretion at Defendant's actual place of residence, and proof of service was therefore filed on May 4, 2022, ECF No. 23.

I further certify that the docket entries indicate that the Defendant Zeshan Syed has not filed an answer or otherwise moved with respect to the First Amended Complaint herein. The default of Defendant Zeshan Syed is hereby noted.

|  |  |
|---|---|
| | Ruby J. Krajick |
| | Clerk of Court |
| Dated:   June  27  , 2022 | By:  _____ |
| | Deputy Clerk |