# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> PRESTIGE AMERICA LLC, a New Jersey Limited Liability Company; NIGHAT A. SYED, an individual; HASHIM R. SYED, an individual; ZESHAN SYED, an individual; ZARA LINEN, LLC, a New Jersey Limited Liability Company; and DOES 1-10, inclusive, <br><br> Defendant. | Civil Action No. 1:20-cv-10201 <br><br> [~~PROPOSED~~] ORDER |

The Court having considered the moving and opposing papers and any arguments of counsel, as well as the pleadings, documents, and records on file in this action, the Court sets forth below its statement of decision:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Plaintiff PRL USA Holdings, Inc., a subsidiary of Ralph Lauren Corporation, ("Plaintiff" or "Ralph Lauren") and against Defendant Prestige America, LLC ("Defendant") in the liquidated amount of:

*PKC*

1. ~~$1 Million in statutory damages;~~ $800,000 in statutory damages for willful infringement.
2. $48,016.73 in attorney fees; and
3. Punitive damages in the amount of $ ~~___~~ $350,000 on the state law unfair competition claim.

IT IS FURTHER ORDERED that Defendant, its officers, agents, servants and employees and any persons in active concert or participation with them are permanently restrained and enjoined from directly or indirectly:

1. manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping, marketing, or otherwise incorporate in advertising or marketing the Accused Products and any other products that are identical, substantially indistinguishable, and/or confusingly similar to the Ralph Lauren Marks;

2. delivering, holding for sale, returning, transferring, or otherwise moving, storing, or disposing in any manner the Accused Products and/or any other products bearing marks that are identical or confusingly similar to the Ralph Lauren Marks;

3. engaging in any other activity constituting unfair competition with Ralph Lauren, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Ralph Lauren;

4. knowingly assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 1-4 above; and

5. knowingly affecting any transactions, assignments or transfers, or form new entities or associations to circumvent the prohibitions referred to in 1-4 above.

**IT IS SO ORDERED.**

Dated: May 11, 2023

Honorable P. Kevin Castel
**United States District Judge**