**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PRL USA HOLDINGS, INC., a Delaware Corporation,

                    Plaintiff,

-against-                                      20 **CIVIL** 10201 (PKC)

                                             **JUDGMENT**

PRESTIGE AMERICA LLC, a New Jersey Limited Liability Company; NIGHAT A. SYED, an individual; HASHIM R. SYED, an individual; ZESHAN SYED, an individual; ZARA LINEN, LLC, a New Jersey Limited Liability Company; and DOES 1-10, inclusive,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2023, that final judgment is entered in favor of Plaintiff PRL USA Holdings, Inc., a subsidiary of Ralph Lauren Corporation, ("Plaintiff" or "Ralph Lauren") and against Defendant Prestige America, LLC ("Defendant") in the liquidated amount of: 1. $800,000 in statutory damages for wilful infringement. 2. $48,016.73 in attorney fees; and 3. Punitive damages in the amount of $ 350,000 on the state law unfair competition claim. and as set forth herein.

**Dated:**  New York, New York

     May 12, 2023                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                       **BY:**

                                                                **Deputy Clerk**